IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MONTBLANC-SIMPLO GMBH, <br><br> Plaintiff, <br><br> -v- <br><br> MONTBLANCPENSALE.ORG, et al., <br><br> Defendants. | Civil Action No. 1:13-CV-01249 |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) (Dkt. No. 11). Pursuant to 28 U.S.C. § 636(b)(1)(c) the Magistrate Judge issued a Proposed Findings of Fact and Recommendations on December 26, 2013 (Dkt. No. 15). Upon the Plaintiff's motion for entry of default judgment against Defendants, and it appearing that there is good and sufficient cause to grant the Motion, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED**:

1. The Motion for Default Judgment is **GRANTED**.

2. Ownership and control of the Defendants' eleven (11) domain names identified in the Magistrate Judge's Report and Recommendation is transferred to the Plaintiff.

January 24, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge