IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MONTBLANC-SIMPLO GMBH,<br><br>Plaintiff,<br><br>-v-<br><br>MONTBLANCPENSALE.ORG, *et al.*,<br><br>Defendants. | Civil Action No. 1:13-CV-01249 |

## SECOND AMENDED ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

This Order amends this Court's February 27, 2014 order (Dkt. No. 17) granting Plaintiff's Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2). Pursuant to 28 U.S.C. § 636(b)(1)(c) the Magistrate Judge issued a Proposed Findings of Fact and Recommendations on December 26, 2013 (Dkt. No. 15). Upon the Plaintiff's motion for entry of default judgment against Defendants, and it appearing that there is good and sufficient cause to grant the Motion, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED**:

1. The Motion for Default Judgment is **GRANTED**. Judgment is **ENTERED** in favor of the Plaintiff and against all of the Defendant domain names.

2. Ownership and control of the eleven (11) domain names identified in the Magistrate Judge's Report and Recommendation is hereby transferred to the Plaintiff. The domain name registries VeriSign, Inc. and Public Interest Registry are **DIRECTED** to change the register of record for the Defendant domain names to the register of Plaintiff's choosing.

March 20, 2014
Alexandria, Virginia

/s/ _____
Liam O'Grady
United States District Judge